**SEYFARTH SHAW LLP**
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 3:26-cv-01042-PHK<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3** |

I.    **INTRODUCTION**

Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby requests that the Court enlarge the time for Defendant to respond to Plaintiff Thomas Joseph Goddard ("Plaintiff")'s First Amended Complaint ("FAC") to July 10, 2026. The requested extension allows the Court with additional time to screen the Complaint as required by 28 U.S.C. § 1915(e)(2)(B).

II.    **THE BASIS FOR THE REQUEST TO ENLARGE TIME**

On February 2, 2026, Plaintiff commenced this action by filing a Complaint against Defendant. (Dkt. 1). On February 13, 2026, Plaintiff filed his FAC against Defendant. (Dkt. 7). On March 12, 2026, Plaintiff and Defendant (collectively referred to as the "Parties")  executed a waiver of service. (Dkt. 13). Accordingly, Defendant's deadline to respond to the FAC was due to be filed on or before

///

///

DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ENLARGE TIME PURSUANT TO
LOCAL RULE 6-3

326473297v.2

May 11, 2026. On May 7, 2026, the Parties stipulated to an extension of time to respond to Plaintiff's FAC by 30-days to June 10, 2026. (Dkt. 21; *See also* Declaration of Kristina M. Launey, dated June 9, 2026. ("Launey Decl." at ¶ 2).

Plaintiff is acting *pro se*. On April 9, 2026, the Court issued an Order regarding the status of the Court's screening of the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. 18). In the Order, the Court stated that, should Defendant's responsive pleading deadline approach prior to the issuance of the screening Order, either (a) the Parties shall timely file a stipulation and proposed Order extending Defendant's time to Answer or otherwise respond to the Complaint, or (b) Defendant shall timely file a motion seeking extension of time to Answer or respond to the Complaint, if no agreement can be reached. (Launey Decl. at ¶ 3).

Defendant has requested Plaintiff's consent to file a stipulation extending Defendant's responsive pleading deadline, however, Plaintiff has failed to respond to that request. Defendant requests the Court enlarge its deadline to respond to the FAC to include an additional 30-days from June 10, 2026 and until July 10, 2026. (Launey Decl. at ¶ 4).

## III.    EFFORTS MADE TO OBTAIN A STIPULATION

Plaintiff in this action is pro se. Plaintiff did not respond to correspondence from Defendant's counsel. Defendant requested that Plaintiff agree to the second extension requested herein, but Plaintiff has not responded to that request. (Launey Decl. at ¶ 5).

## IV.    HARM OR PREJUDICE IF COURT DOES NOT CHANGE TIME

The substantial harm or prejudice that would occur if this Motion is not granted is that Defendant would be required to respond to the FAC prior to the Court issuing a screening Order. Plaintiff will suffer no prejudice if the requested enlargement of time is granted. (Launey Decl. at ¶¶ 3-5).

## V.    DISCLOSURE OF PREVIOUS TIME MODIFICATIONS

On May 7, 2026, the Parties stipulated to an extension of time to respond to Plaintiff's FAC by 30-days to June 10, 2026. (Dkt. 21; Launey Decl. at ¶ 6).

## VI.    IMPACT ON CASE SCHEDULE

The instant request does not impact the case schedule.

DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3

326473297v.2

## VII.    CONCLUSION

Accordingly, Defendant respectfully requests that the Court extend its deadline to respond to Plaintiff's FAC up to and including July 10, 2026, to provide the Court additional time to issue a screening Order.

DATED: June 9, 2026                                          **SEYFARTH SHAW LLP**


By: */s/ Kristina M. Launey*
        Kristina M. Launey

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3

326473297v.2